UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| In re:<br><br>Latisha Cunningham,<br><br>        Debtor. | Bankruptcy No. 23-41822<br><br>Chapter 7 |
| Latisha Cunningham,<br><br>        Plaintiff,<br>v.<br><br>United States Department of Education,<br><br>        Defendant. | Adversary No. 23-04077 |

**STIPULATION FOR JUDGMENT AND DISCHARGE OF PLAINTIFF'S UNITED STATES DEPARTMENT OF EDUCATION LOANS**

The parties, Debtor/Plaintiff Latisha Cunningham ("Plaintiff") and Defendant United States Department of Education ("Defendant") (collectively, the "Parties"), by and through counsel, have entered into this stipulation for judgment and discharge of Plaintiff's loans owned by Defendant (the "Stipulated Judgment"). The terms of the Stipulated Judgment are as follows:

1. On September 6, 2023, Plaintiff filed for Chapter 7 bankruptcy in this Court.

2. On November 8, 2023, Plaintiff commenced the above-captioned adversary proceeding by filing an amended Complaint in this matter. The Court issued the Summons on the next day, November 9, 2023.

3. On December 13, 2023, the Court entered an Order of Discharge with respect to Plaintiff's Chapter 7 bankruptcy.

4. On June 17, 2024, Defendant filed its Answer to the Complaint.

5.  As of June 2025, Plaintiff owed to Defendant approximately $74,299.65, which represents the then-total balance of loan amounts (including interest) held by Defendant that are the subject of this adversary proceeding, i.e., National Student Loan Data System ("NSLDS") Loan 5 through NSLDS Loan 22 (collectively, the "Education-held Student Loans"). Interest on the Education-held Student Loans continues to accrue.

6.  The Education-held Student Loans constitute student loans made to Plaintiff under a program funded in whole or in part by a federal government unit within the meaning of 11 U.S.C. § 523(a)(8).

7.  Plaintiff has alleged that repayment of the Education-held Student Loans would cause an undue hardship.

8.  Upon review of documents, information, and facts that Plaintiff has attested to, Defendant has determined that Plaintiff satisfies the criteria for discharge due to an "undue hardship" under 11 U.S.C. § 523(a)(8) based on Plaintiff's current and future financial condition and the totality of the circumstances. Plaintiff's allowable expenses exceed her monthly income, evidencing that Plaintiff cannot maintain a minimal standard of living for herself and dependents (if any) if forced to repay her Education-held Student Loans. Plaintiff has attested to facts supporting the conclusion that her current inability to pay will likely persist for a significant portion of the repayment period. Plaintiff has also made good faith efforts to repay her Education-held Student Loans.

9.  Accordingly, in order to resolve this matter without the need for further litigation, the Parties agree that Plaintiff's Education-held Student Loans should not be excepted from discharge pursuant to 11 U.S.C. § 523(a)(8).

10. The Education-held Student Loans are dischargeable under Chapter 7 of Title 11 of the United States Code on the grounds that excepting such loans from discharge would impose an undue hardship on Plaintiff, pursuant to 11 U.S.C. § 523(a)(8).

11. Upon entry of this Stipulated Judgment, Defendant will adjust Plaintiff's loan balances to reflect that the balance for the Education-held Student Loans is $0, and it shall permanently write-off that debt pursuant to this Stipulated Judgment.

12. Upon entry of this Stipulated Judgment, Plaintiff releases, remises, and forever discharges Defendant, its agencies, agents, officers, employees, and counsel, past and present, from all claims or causes of action (including administrative claims) which Plaintiff, her heirs, agents, assigns, representatives, and successors ever had, now have, or hereafter may have against Defendant, its agencies, agents, officers, employees, and counsel, past and present, in relation to the discharge of the Education-held Student Loans, all except for obligations arising under this Stipulated Judgment.

13. Upon entry of this Stipulated Judgment, each party will bear their own costs and fees, including attorneys' fees.

14. Any and all individual taxation consequences as a result of this Stipulated Judgment are the sole and exclusive responsibility of Plaintiff. Defendant does not warrant or make any representation with respect to any tax consequences of this Stipulated Judgment. Nothing contained herein shall constitute a waiver by Plaintiff of any right to challenge any tax consequences of this Stipulated Judgment.

15. This Stipulated Judgment contains all of the terms of the agreement between the Parties and is intended to be and is the final and sole agreement between the Parties. The Parties agree that any other prior or contemporaneous representations or understandings not explicitly contained herein, whether written or oral, are of no further legal or equitable force or effect.

16.     The Parties represent and warrant that they have reviewed and understand the Stipulated Judgment and its contents. The Parties further represent and warrant that each has the power to execute, deliver, and perform their obligations under this Stipulated Judgment; that each has taken all necessary action to authorize the execution, delivery, and performance of this Stipulated Judgment; and that this Stipulated Judgment is enforceable in accordance with its terms.

17.     Pursuant to Local Rule 9011-1(b)(3), the Parties' respective counsel authorize the filing of this document with their respective electronic signatures.

[*signature page follows*]

| | |
|---|---|
| Dated:   June 9, 2025 | Butwinick Law Office<br><br>*s/ Jeffrey H. Butwinick*<br><br>Jeffrey H. Butwinick,<br>Attorney ID No. 342208<br>7800 Metro Parkway, Suite 300<br>Bloomington, MN 55425<br>jeff@butwinicklaw.com<br>651-210-5055<br><br>**Attorney for Plaintiff** |
| Dated:   June 9, 2025 | JOSEPH H. THOMPSON<br>Acting United States Attorney<br><br>*s/ Adine S. Momoh*<br><br>BY: ADINE S. MOMOH<br>Assistant U.S. Attorney<br>Attorney ID No. 0390085<br>Email: adine.momoh@usdoj.gov<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>612-664-5600<br><br>**Attorneys for Defendant United States Department of Education** |

5